United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 22, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————————————

No. 02-41684
Conference Calendar

———————————————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSE NATIVIDAD LOPEZ,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. L-02-CR-314-4
--------------------

Before KING, Chief Judge, and JOLLY and STEWART, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender (FPD), appointed to represent appellant Jose Natividad Lopez, has moved for leave to withdraw and has filed a brief as required by *Anders v. California*, 386 U.S. 738 (1967).  Lopez has not filed a response.

Our independent review of the brief and the record discloses no nonfrivolous issue in this appeal.  Accordingly, the motion for leave to withdraw is GRANTED, the FPD is excused from

_____

[*]  Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

further responsibilities herein, and the APPEAL IS DISMISSED.

*See* 5TH CIR. R. 42.